**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 219 MAL 2023

         Respondent          :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

         v.                         :

                                 :

ALEXANDER SCOTT,                 :

                                 :

         Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.